**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In re** <br><br> **SNOWSHOE MILLWORKS, LLC,** <br><br> **Debtor.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.** <br> **26-14181-FDS** |

**MEMORANDUM AND ORDER OF**
**<u>DISMISSAL</u>**

**SAYLOR, J.**

This is an appeal from an order of the Bankruptcy Court denying the request of appellant Sheila Coffin Harshman, as manager of debtor Snowshoe Millworks, LLC, from making certain filings in connection with a vexatious litigant order of the Bankruptcy Court. Steven Weiss, as Chapter 7 Trustee for debtor, has moved to dismiss this appeal on the ground that appellant failed to file a timely notice of appeal with the Bankruptcy Court.

On August 11, 2026, the Bankruptcy Court entered an order denying appellant's requests to file various pleadings. The 14-day period in which to file an appeal of that order expired on August 25, 2026. *See* Fed. R. Bankr. P. 8002(d)(1). Appellant did not file a notice of appeal within that period.

On August 30, 2026, plaintiff filed a notice of appeal, together with a motion to extend the time for filing.

On September 14, 2026, the Bankruptcy Court denied the motion to extend, finding that appellant had failed to demonstrate excusable neglect within the meaning of Fed. R. Bankr. P. 8002(d)(2).

This Court is required to give “great deference” to the Bankruptcy Court’s determination of lack of excusable neglect. *In re Sheedy*, 875 F.3d 740, 744 (1st Cir. 2017). Upon review of the filings, the court sees no clear error or other compelling reason to disturb that judgment.

Accordingly, for those reasons, and the reasons set forth in the Trustee’s Motion for an Order Dismissing Appeal, this appeal is hereby DISMISSED as untimely under Fed. R. Bankr. P. 8002(d)(1).

**So Ordered.**

/s/ F. Denis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: November 4, 2026